IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05 - CV - 02521** -oⅇⅅ

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

DEC 1 3 2005

GREGORY C. LANGHAM
CLERK

DANIEL J. TWEEDIE,

     Plaintiff,

v.

GERRY H. OYEN,

     Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

     Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint.  The court has determined that

the documents are deficient as described in this order.  Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff

will be directed to cure the following if he wishes to pursue his claims.  Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  __    is not submitted
(2)  __    is missing affidavit
(3)  X    is missing certified copy of prisoner's trust fund statement for the 6-month
           period immediately preceding this filing (Account statement submitted is
           not certified by a prison official and does not cover the entire 6-month
           period.)
(4)  __    is missing required financial information

(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 13 day of December _____, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. **05 - CV - 02521** –oɛϚ

Daniel Tweedie
Prisoner No. 022628151
11100 County Road G.G.S.
Las Animas, CO 81054

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/13/05

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk